GASTON, Administrator, *v.* HIATT.—On appeal.

*Friday, November 23.*

IF in assumpsit against an administrator on the intestate's promise, the defendant plead the general issue and *plene administravit*, and the jury find for the plaintiff,—the verdict should state the amount of assets in the hands of the administrator unadministered. *King* v. *Anthony*, 2 Blackf. 131.